**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

    **v.**                                                            Case No. 06-cr-192-PB

<u>Joan Dibartolo</u>


<u>**O R D E R**</u>


    The defendant has moved to continue the November 7, 2006 trial in the above case, citing the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, in order to allow the parties additional time to complete discovery and properly prepare for trial, the court will continue the trial from November 7, 2006 to March 6, 2007. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 30, 2006 final pretrial conference is continued until February 20, 2007 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 25, 2006

cc: Jonathan Saxe, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal